UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLENFORD TURNER and<br>COLLEEN JACKS-TURNER<br><br>    Plaintiff,<br><br>VS.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | *  CIVIL ACTION NO._____<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*  January 11, 2018 |

## COMPLAINT

### JURISDICTION AND VENUE

Subject matter jurisdiction is based on the Federal Tort Claims Act 28 U.S.C. § 2671. Venue is appropriate in this district pursuant to 28 U.S.C. § 1402(b).

### COUNT ONE: (Negligence against USA)

1. On August 30, 2013, plaintiff, Glenford Turner, underwent a robotic-assisted laparoscopic prostatectomy at VA Connecticut Healthcare System, West Haven Campus ("West Haven VA.")

2. On March 29, 2017, plaintiff underwent an MRI of the head to evaluate an episode of dizziness. The study was stopped midway through because he experienced severe abdominal pain. Imaging performed that date revealed an abandoned surgical

instrument in plaintiff's body. On April 26, 2017, the abandoned surgical instrument was removed from plaintiff's body.

3. Following the removal of the abandoned surgical instrument on April 26, 2017, VA Connecticut Healthcare System, by and through its agents, apparent agents, contractors and/or employees advised the plaintiff that VA Connecticut Healthcare was at fault for leaving a foreign object in plaintiff's body during the August 30, 2013 radical prostatectomy.

4. Plaintiff did not discover, and in the exercise of reasonable care could not have discovered, that the abandoned surgical instrument had been left in his body by the defendant's agents, apparent agents, contractors and/or employees until March 29, 2017 at the earliest.

5. As a direct and proximate result of the foregoing, the plaintiff suffered severe injuries, harms and losses as described more fully below.

6. The plaintiff's injuries, harms and losses were directly and proximately caused by the negligence of the defendant, acting by and through its agents, apparent agents, contractors and/or employees, in one or more of the following ways:

    a) Abandoning a surgical instrument in plaintiff's body;

  b) Failing to account for all surgical instruments at the close of the August 30, 2013 radical prostatectomy;

  c) Failing to have in place practices and/or policies to account for the surgical instruments used during surgical procedures.

  7. As a result of the defendant's negligence, the plaintiff suffered the following personal injuries, some or all of which are permanent:

  a. multiple traumatic bodily injuries;

  b. prolonged rehabilitation;

  c. severe pain and disability;

  d. surgical intervention;

  e. need for future surgical intervention;

  f. medical expenses;

  g. hospitalization;

  h. loss of time from work;

  i. loss of earning capacity; and,

  j. damage to his ability to carry on and enjoy life's activities.

8.   On June 6, 2017, the plaintiff filed a Form 95 pursuant to 28 U.S.C. § 2675 in order to administratively initiate a federal tort claim.

9.   The Department of Veteran's affairs regional counsel has not responded to the claim beyond acknowledging receipt of same.

10.   Six months has passed since initiation of the claim. This filing is permitted by 28 U.S.C. § 2675(a).

11.   Pursuant to Connecticut General Statute § 52-190(a), the Certificate of Good Faith and written opinion letter is attached hereto as Exhibit A.

**COUNT TWO: (Loss of Consortium)**

1.- 11.   The allegations of paragraphs 1. – 11. of Count One are hereby incorporated and realleged as paragraphs 1. - 11. of this Count Two.

12.   As a consequence of her husband, Glenford Turner, suffering the severe injuries set forth above, plaintiff Colleen Jacks-Turner has been caused to lose his company, society, services and affections.

WHEREFORE, the plaintiffs claim compensatory damages.

THE PLAINTIFFS,

BY: *(signature)*

JOEL T. FAXON ct16255
jfaxon@faxonlawgroup.com
BRITTANY S. CATES ct27106
bcates@faxonlawgroup.com
FAXON LAW GROUP, LLC
59 Elm Street
New Haven, CT 06510
T: (203) 624-9500
F: (203)624-9100