UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GLENFORD TURNER** and | * CIVIL ACTION NO. |
| | * 3:18-cv-00061(VAB) |
| **COLLEEN JACKS-TURNER** | * |
| Plaintiffs, | * |
| VS. | * |
| **UNITED STATES OF AMERICA,** | * |
| Defendant. | * MAY 1, 2018 |

**MOTION FOR EXTENSION OF TIME, ON CONSENT, TO COMPLY
WITH FED. R. CIV. P. RULE 26 REQUIREMENTS**

Currently pending before the Court is plaintiffs' Request for Leave to File Amended Complaint, to which Defendant USA has objected. Plaintiffs respectfully request that the time clock for Fed. R. Civ. P. Rule 26 requirements, including the parties' planning conference, Rule 26(f) Report, and Rule 26(a) disclosures, be tolled until a date set by the Court that is after the Court issues a decision concerning plaintiffs' Request for Leave to Amend Complaint. This is the second motion for extension of the Fed. R. Civ. P. Rule 26 requirements. Defendant USA consents to this motion.

THE PLAINTIFFS,

BY: /s/ Brittany S. Cates, ct27106
BRITTANY S. CATES ct27106
bcates@faxonlawgroup.com
FAXON LAW GROUP, LLC
59 Elm Street
New Haven, CT 06510
T: (203) 624-9500
F: (203)624-9100

1

## **CERTIFICATION OF SERVICE**

      I hereby certify that, on May 1, 2018, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Brittany S. Cates, ct27106
      Brittany S. Cates
      FAXON LAW GROUP, LLC